**Lewis G. Adler, Esq.**
**26 Newton Avenue**
**Woodbury, NJ 08096**
**(856) 845-1968 voice**
**(856) 848-9504 fax**
lewisadler@verizon.net
June 9, 2022

Honorable Renee M. Baum, USDJ
Mitchell H. Cohen US Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

RE: Softly v. American Honda
    Case No. 1:21-cv-13314 RMB-AMD

Dear Judge Baum:


    Please be advised that the parties have settled the within action. It is anticipated that the settlement filing of a stipulation of dismissal and payment will be completed within 30 days.


Sincerely,

/s/Lewis G. Adler, Esq

Lewis G. Adler, Esq.

Cc: Eric Kizirian, Esq.