UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE SOFTLY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PLAINTIFFS,[1] <br> V. <br> AMERICAN HONDA MOTOR CO., INC. AND JOHN DOES 1-10, DEFENDANTS. | Civil Action No. 1:21-cv-13314-RMB-AMD <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the plaintiffs, George Softly, and the defendant, American Honda Motor Co. Inc., it is hereby stipulated and agreed that the same be and it is hereby dismissed, with prejudice.

Dated:   August 10, 2022

_____
Eric Kizirian, Esq
Attorney for Defendant,
American Honda Motor Co. Inc.

Dated: 8/10/2022

_____
Lewis G. Adler, Esquire
Attorney for Plaintiff

---

[1] For simplicity's sake all references to the parties named to this case shall use plural rather than singular designation, regardless of their actual number.